NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 07a0783n.06
Filed: November 7, 2007

No. 07-1108

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| CHONG KIM, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| FRANCIS J. HARVEY, in his capacity as | ) | EASTERN DISTRICT OF MICHIGAN |
| SECRETARY OF THE ARMY | ) | |
| | ) | |
| Defendant-Appellee, | ) | |
| | ) | |

Before: MARTIN, GIBBONS and SUTTON, Circuit Judges.

**JULIA SMITH GIBBONS, Circuit Judge.** Plaintiff-appellant Chong Kim appeals the district court's order granting the summary judgment motion of defendant-appellee Francis J. Harvey, Secretary of the Army. Kim contends that issues of material fact exist regarding the grounds for his disenrollment from the Army War College and his dismissal from the Army's Defense Leadership and Management Program. Specifically, Kim believes that he suffered these adverse employment actions because he was subject to both age and race/national origin discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, and the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq.*

Having reviewed the parties' briefs and the applicable law, and having had the benefit of oral

-1-

argument, we conclude that a panel opinion further addressing the issues raised would serve no jurisprudential purpose. Therefore, on the grounds identified by the district court, we affirm the district court's order granting summary judgment to the defendant.